MISCELLANEOUS SUPREME COURT DISPOSITIONS

BALLOT TITLES CERTIFIED
April 5, 2012
Harmon v. Kroger (S060088).   Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 31 (2012) does not comply substantially with ORS 250.035(2) to (6) is not well taken.   The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.